IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CARVIN WARE
ADC #123230                                                              PETITIONER

v.                       No. 1:18-cv-69-DPM-PSH

WEDNY KELLEY, Director,
ADC, Central Office                                                      RESPONDENT

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Harris's partial recommendation, № 13, and overrules Ware's objections, № 15. FED. R. CIV. P. 72(b)(3). Kelley's motion to dismiss, № 5, and Ware's motions for summary judgment and injunctive relief, № 10 & № 12, are denied.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

7 January 2019