# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

CARVIN WARE
ADC #123230                                                      PETITIONER

v.                          No. 1:18-cv-69-DPM

WENDY KELLEY, Director,
ADC, Central Office                                              RESPONDENT

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Harris's recommendation, № 29, and overrules Ware's objections, № 30. FED. R. CIV. P. 72(b)(3). The Court understands the challenge Ware faces. But as Magistrate Judge Harris noted, the law doesn't require the ADC to arrange suitable housing for potential parolees. Ware's petition will therefore be dismissed with prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 May 2019