# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

CARVIN WARE
ADC #123230                                                    PETITIONER

v.                          No. 1:18-cv-69-DPM

WENDY KELLEY, Director,
ADC, Central Office                                            RESPONDENT

## JUDGMENT

Ware's petition is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

6 May 2019